United States District Court
Southern District of Texas
**ENTERED**
February 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GABRIELA GONZALES-BALDERAS, § | |
| § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. 1:21-CV-191 |
| VS. § | CRIM. ACTION NO. 1:20-CR-256-1 |
| § | |
| THE UNITED STATES OF AMERICA, § | |
| § | |
| Respondent. § | |

## ORDER

On November 4, 2021, Gabriela Gonzalez-Balderas filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 1), alleging that her defense counsel was ineffective for failing to secure a sentencing reduction through the safety valve or a § 5K1.1 agreement with the Government.

A United States Magistrate Judge recommends that the petition be denied as factually and legally meritless, noting that when sentenced, Gonzalez received both the safety valve and the benefits of a § 5K1.1 agreement with the Government. (R&R, Doc. 6) No party filed objections to the Report and Recommendation, and the Court finds no plain error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 6). It is:

**ORDERED** that the Petitioner Gabriela Gonzalez-Balderas's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 1) is **DENIED.**

In addition, the Court finds that no outstanding issue would be debatable among jurists of reason, and that Gonzalez fails to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the Court **DENIES** the request for a Certificate of Appealability.

The Clerk of Court is directed to close this matter.

Signed on February 7, 2022.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge